**Order entered September 2, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00937-CR

### FELIX SAM ROBERTS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F-1445368-H

## ORDER

Appellant Felix Sam Roberts's pro se motion to dismiss his court appointed attorney and grant him hybrid representation is hereby **DENIED**. *See Webb v. State*, 533 S.W.2d 780, 786 (Tex. Crim. App. 1976); *Schindley v. State*, 326 S.W.3d 227, 230 (Tex. App.—Texarkana 2010, pet. ref'd).

/s/     MOLLY FRANCIS
PRESIDING JUSTICE